Prob12B
D/NV Form
Rev. Mar. 2007

# United States District Court

for

the District of Nevada

**REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**July 12, 2011**

**Name of Offender:**   ASHLEY GADDIS

Case Number:   2:04-cr-0074-RCJ-LRL

Name of Sentencing Judicial Officer:   Honorable Brian E. Sandoval

Date of Original Sentence:   June 13, 2006

Original Offense:   Identity Theft

Original Sentence:   52 months custody; 60 months supervised release

Revocation Sentence: 15 months custody; 45 months supervised release

Date Supervision Commenced:   June 24, 2011

Name of Assigned Judicial Officer:   Robert Clive Jones

## PETITIONING THE COURT

___ To extend the term of supervision _____ Months, for a total term of _____ Months.

✓ To modify the conditions of supervision as follows:

1. **Reside in Residential Re-entry Center -** You shall reside at and participate in the C.A.R.E. program of a residential re-entry center for a period of up to seven months as approved and directed by the probation officer. If you test positive for alcohol/ a controlled substance or violate the conditions of the C.A.R.E. program, you will be taken into custody for a minimum custodial period of seven days. Additionally, you shall refrain from the use and possession of any synthetic/ designer drug or any mind and/or body altering substance. Use or possession of any these synthetic/designer drugs will result in your termination from the C.A.R.E. program.

Prob12B
D/NV Form
Rev. Mar. 2007

**RE: ASHLEY GADDIS**

## CAUSE

On April 29, 2011, Gaddis was release from federal to state detainer due to pending charges which were the basis for the revocation of her supervision. On June 24, 2011, she was released from state custody. Gaddis has pled guilty to Possession/ Sale Documents for the Purpose to Establish a False Identity, sentencing is scheduled for September 22, 2011.  Gaddis has requested from the probation office an opportunity to enter and participate in an inpatient drug treatment program. In an attempt to assist her, we are requesting that Your Honor modify her release conditions to include placement in a Residential Re-entry Center for a period of up to seven months to participate in the C.A.R.E. program.  After being advised of her right to a hearing and counsel, Gaddis signed the waiver to modify her release conditions accordingly.

Respectfully submitted,

HENRY STEGMAN
Senior United States Probation Officer

APPROVED: ROBERT G. AQUINO
Supervising United States Probation Officer

## *THE COURT ORDERS:*

_____  No action

_____  The extension of supervision as noted above

_xx_  The modification of conditions as noted above

_____  Other

Signature of Judicial Officer

07-14-2011

Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Reside in Residential Re-entry Center** - You shall reside at and participate in the C.A.R.E. program of a residential re-entry center for a period of up to seven months as approved and directed by the probation officer. If you test positive for alcohol/ a controlled substance or violate the conditions of the C.A.R.E. program, you will be taken into custody for a minimum custodial period of seven days. Additionally, you shall refrain from the use and possession of any synthetic/ designer drug or any mind and/or body altering substance. Use or possession of any these synthetic/designer drugs will result in your termination from the C.A.R.E. program.

Witness _____          Signed _____
U.S. Probation Officer                              Ashley Gaddis

June 29, 2011
Date